```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 15206
    THEODOROS APOSTOLOPOULOS
    PAULINE APOSTOLOPOULOS                      CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

          Debtor
    SSN XXX-XX-9100     SSN XXX-XX-6311


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the adminstration of the estate pursuant to
11 USC 1302(b)(1).

    1.   The case was filed on 08/22/07 .

    2.   The case was dismissed without confirmation, 09/12/2008.

    3.   The Debtor paid a total of $   3144.00 .
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| ILLINOIS SECRETARY OF ST | PRIORITY | NOT FILED | .00 | .00 |
| ANGEL & TONY LANDSCAPING | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CITICARDS PRIVATE LABEL | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| MKM ACQUISITIONS | UNSECURED | NOT FILED | .00 | .00 |
| BERNARDO ISACOVICI LAW O | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL CITY BANK | UNSECURED | NOT FILED | .00 | .00 |
| ONASIS CONTRACTORS | UNSECURED | NOT FILED | .00 | .00 |
| RAVINIA ASSOCIATES | UNSECURED | NOT FILED | .00 | .00 |
| ABRAMS & ABRAMS | UNSECURED | NOT FILED | .00 | .00 |
| TROBE BABOWICE & ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| US BANK | UNSECURED | NOT FILED | .00 | .00 |
| PAUL A GREENBERG | UNSECURED | NOT FILED | .00 | .00 |
| DELAWARE PLACE BANK | UNSECURED | NOT FILED | .00 | .00 |
| DEMPSTER DODGE CURRENCY | UNSECURED | NOT FILED | .00 | .00 |
| POOL-A-RAMA | UNSECURED | NOT FILED | .00 | .00 |
| REMAX INTERNATIONAL | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| REMAX PRESTIGE | UNSECURED | NOT FILED | .00 | .00 |
| FRIEDMAN & WEXLER | UNSECURED | NOT FILED | .00 | .00 |
| DAVID BIENEMAN | UNSECURED | NOT FILED | .00 | .00 |
| MARIO GAMBINO & SONS | UNSECURED | NOT FILED | .00 | .00 |
| FLUENT INC | UNSECURED | NOT FILED | .00 | .00 |
| MENARD | UNSECURED | NOT FILED | .00 | .00 |
| MCHENRY GARDEN CENTER | UNSECURED | .00 | .00 | .00 |

        Summary of disbursements:
------------------------------------------------------------------------------

```
                    SECURED      PRIORITY    UNSECURED         OTHER          TOTAL
-------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED       .00          .00          .00           .00            .00
PRINCIPAL PAID           .00          .00          .00           .00            .00
INTEREST PAID            .00          .00          .00           .00            .00
TOTAL PAID               .00          .00          .00           .00            .00
```
The Debtor's attorney, RICHARD D GROSSMAN        , was allowed $        .00
and was paid $          .00 .

The Trustee received $          .00 .

Refunds to the Debtor totaled $   3144.00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 12/16/08                    /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE